# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

7 April 2013

144985(18)

In re:

The Honorable DEBORAH ROSS ADAMS,
Judge, 3rd Circuit Court

_____

SC:  144985
JTC: Formal Complaint No. 89

     On order of the Court, the motion by the Michigan District Judges Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2013 _____

_____
Clerk